**438**

**John R. VANDEVER**

v.

**C. H. LOONEY, Warden, U. S. Penitentiary.**

**No. 5025.**

United States Court of Appeals, Tenth Circuit.

Jan. 5, 1955.

Robert N. Trunk, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Wichita, Kan., and Selby S. Soward, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON and PICKETT, Circuit Judges, and VAUGHT, District Judge.

PER CURIAM.

Affirmed without written opinion.

**John WEXLEY, Appellant,**

v.

**KTTV, Inc., et al., Appellees.**

**No. 13854.**

United States Court of Appeals, Ninth Circuit.

March 30, 1955.

Edward Mosk, Aubrey I. Finn, Hollywood, Cal., for appellant.

Daniel A. Weber, Irving B. J. Levine, Beverly Hills, Cal., for appellees.

Before STEPHENS, FEE, and CHAMBERS, Circuit Judges.

PER CURIAM.

This appeal involves the construction of a contract concerning assigned and re-served radio, television, publication, live production, and other rights in and to a dramatic composition entitled "The Last Mile". The District Court, Honorable William M. Byrne presiding, decided the issues in favor of the defendant and wrote an excellent analysis of the contract upon which it based its judgment. We are in agreement with the opinion and upon its reasoning we affirm the judgment. 108 F.Supp. 558.

Affirmed.

**Bruno AGOSTINO, Appellant,**

v.

**HOMER COAL CORPORATION, a Corporation, and John T. Howell, Appellees.**

**No. 14126.**

United States Court of Appeals, Ninth Circuit.

April 1, 1955.

Bell & Sanders, Anchorage, Alaska, for appellant.

Juliana D. Wilson, Anchorage, Alaska, for appellee.

Before HEALY and BONE, Circuit Judges, and CLARK, District Judge.

PER CURIAM.

This was a suit by appellant to recover damages from appellees for allegedly wrongful interference with his attempt to obtain from the Department of the Interior a coal prospecting permit. The suit was dismissed by the District Court for failure to state a claim entitling the complainant to relief.

The dismissal is affirmed for the reason given in the trial court's opinion, 114 F.Supp. 861.